BRADFORD, APPELLANT, *v.* MOORE, WARDEN, APPELLEE.

[Cite as *Bradford v. Moore* (2000), 90 Ohio St.3d 75.]

(No. 00–715—Submitted August 22, 2000—Decided September 20, 2000.)

*Derrick A. Bradford,* pro se.

*Betty D. Montgomery,* Attorney General, and *Diane Mallory,* Assistant Attorney General, for appellee.

***Per Curiam.*** We affirm the judgment of the court of appeals because a "claimed violation of R.C. 2945.05 is not the proper subject for habeas corpus relief and may be remedied only in a direct appeal from a criminal conviction." *State ex rel. Earl v. Mitchell* (1999), 87 Ohio St.3d 259, 260, 719 N.E.2d 545, 546; *State v. Pless* (1996), 74 Ohio St.3d 333, 658 N.E.2d 766, paragraph two of the syllabus.

*Judgment affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.